B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF TEXAS<br>SHERMAN DIVISION | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Center Point Dairy Limited, L.P.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**aka Center Point Dairy, LLP** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **75-2699824** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**6414 FM 2653 South**<br>**Cumby, TX**<br>ZIP CODE **75433** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Hopkins** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**6414 FM 2653 South**<br>**Cumby, TX**<br>ZIP CODE **75433** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [x] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontigent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2010 (Build 9.0.71.1, ID 0952641503)*

## Voluntary Petition
*(This page must be completed and filed in every case.)*

Name of Debtor(s): **Center Point Dairy Limited, L.P.**

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| **None** | | |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| **None** | | |
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X_____
 Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☑ Yes, and Exhibit C is attached and made a part of this petition.
☐ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): **Center Point Dairy Limited, L.P.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____

X_____

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

X  **/s/ Robert T. DeMarco**
_____
**Robert T. DeMarco**     Bar No. **24014543**

**DeMarco Mitchell, PLLC**
**1255 West 15th St., 805**
**Plano, TX 75075**

Phone No. **(972) 578-1400**     Fax No. **(972) 346-6791**

10/13/2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address
X_____

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Center Point Dairy Limited, L.P.**

X **/s/ Ingeborg Heijligers**
Signature of Authorized Individual

**Ingeborg Heijligers**
Printed Name of Authorized Individual

**Manag. Mbr., LIH Ltd., LC, Gen. Prtnr.**
Title of Authorized Individual

**10/13/2010**
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Form B1, Exhibit C
(9/01)**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE:  **Center Point Dairy Limited, L.P.**                              CASE NO

                                                                                                CHAPTER    **11**

*Debtor(s)*

# EXHIBIT "C" TO VOLUNTARY PETITION

  **1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):**

Center Point Dairy Limited, L.P.
6414 FM 2653 South
Cumby, TX 75433

  **2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):**

Dairy Farm

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

IN RE: **Center Point Dairy Limited, L.P.**  CASE NO

CHAPTER **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept: | $40,000.00 |
| Prior to the filing of this statement I have received: | $18,961.00 |
| Balance Due: | $21,039.00 |

2. The source of the compensation paid to me was:
   ☑ Debtor    ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor    ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **10/13/2010** | **/s/ Robert T. DeMarco** |
| Date | *Robert T. DeMarco*  Bar No. 24014543 |
| | DeMarco Mitchell, PLLC |
| | 1255 West 15th St., 805 |
| | Plano, TX 75075 |
| | Phone: (972) 578-1400 / Fax: (972) 346-6791 |

---

**/s/ Ingeborg Heijligers**

*Ingeborg Heijligers*
*Manag. Mbr., LIH Ltd., LC, Gen. Prtnr.*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

IN RE: **Center Point Dairy Limited, L.P.**        CASE NO

                                                                                    CHAPTER   **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  10/13/2010                    Signature  /s/ Ingeborg Heijligers
                                                                 *Ingeborg Heijligers*
                                                                 *Manag. Mbr., LIH Ltd., LC, Gen. Prtnr.*

Date _____        Signature _____

| | | |
|---|---|---|
| ACCELERATED GENETICS<br>E 10890 PENNY LANE<br>BARABOO, WI 53913 | CITIBUSINESS CREDITCARDS<br>PO BOX 183051<br>COLUMBUS, OH 43218 | Internal Revenue Service -<br>Centralized Insolvency Operation<br>PO Box 21126<br>Philadelphia, PA 19114-0326 |
| AGCO FINANCE LLC<br>PO BOX 9263<br>DES MOINES, IOWA 50306 | COMMODITY SPECIALISTS COMPANY<br>PO BOX 802233<br>KANSAS CITY, MO 64180 | LEGACY LAND BANK, FLCA<br>PO BOX 468<br>SULPHUR SPRINGS, TEXAS 75483 |
| ALLROUNDER DAIRY<br>1160 CR 3310<br>PICKTON, TX 75471 | COMMODITY SPECIALISTS COMPANY<br>PO BOX 1450<br>MINNEAPOLIS, MN 55485 | LIVINGSTON MACHINERY<br>PO BOX 666<br>HIGHWAY 81 SOUTH<br>CHICKASHA, OK 73023 |
| AMERICAN EXPRESS<br>PO BOX 650448<br>DALLAS, TX 75265 | COMMUNITY BANK<br>PO BOX 2100<br>SULPHUR SPRINGS, TX 75482 | MICRO DAIRY LOGIC<br>PO BOX 9262<br>311 N ARTHUR STR<br>AMARILLO, TX 79105 |
| Attorney General of Texas<br>Taxation Division - Bankruptcy<br>Box 12548 Capitol Station<br>Austin, TX 78711 | CRYSTAL FEED MILLS, INC<br>PO BOX 19<br>COMO, TX 75431 | NORTHEAST TEXAS FARMERS COOP<br>PO BOX 489<br>SULPHUR SPRINGS, TX 75483 |
| Attorney General of Texas<br>Bankruptcy Reporting Contact<br>OAG/CSD/Mail Code 38<br>P.O. Box 12017<br>Austin, TX 78711-2017 | FARM BUREAU<br>7420 FISH POND ROAD<br>WACO, TX 76710 | PHI FINANCIAL SERVICES<br>PO BOX 660635<br>DALLAS, TX 75266 |
| BAKER<br>123 N. WALNUT STREET<br>PEABODY, KS 66866 | FARM BUREAU | POTTS GAS<br>PO BOX 141<br>EMORY, TX 75440 |
| C. MILLER DRILLING<br>7355 EAST SH 154<br>WINSSBORO, TX 75494 | FRAZER FROST<br>125 S STATE COLLEGE BLVD<br>SUITE 300<br>BREA, CA 92821 | SEC<br>100 F Street, NE<br>Washington, DC 20549 |
| CAPITOL ONE CARD<br>PO BOX 60599<br>CITY OF INDUSTRY, CA 91716 | GOOD NATURE<br>149 BUD-MIL DR.<br>BUFFALO, NY 14206 | SPRINT PETROLEUM, INC<br>PO BOX 893<br>SULPHUR SPRINGS, TX 75483 |
| CENTRAL PLAINS TRADING, LLC<br>4330 SHAWNEE MISSION PARKWAY<br>STE 210<br>FAIRWAY, KS 66205 | HOPKINS COUNTY VETERINARY CLINIC<br>129 HILLCREST DR<br>SULPHUR SPRINGS, TX 75482 | SUNBELT CUSTOM MINERAL LLC<br>1276 FM 2560<br>SULPHUR SPRINGS, TX 75482 |

| | | |
|---|---|---|
| Debtor(s): **Center Point Dairy Limited, L.P.** | Case No: | **EASTERN DISTRICT OF TEXAS** |
| | Chapter: **11** | **SHERMAN DIVISION** |

Texas State Comptroller
Capitol Station
Austin, TX 78774


TONY ROSS DAIRY SERVICE
PO BOX 1022
SULPHUR SPRINGS, TX 75483


United States Attorney
110 North College Ave., Ste. 70
Tyler, TX 75702-0204


United States Trustee
110 North College Ave., Ste. 30
Tyler, TX 75702-7231

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE:     CHAPTER   11

**Center Point Dairy Limited, L.P.**

DEBTOR(S)     CASE NO

# LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security / Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Inge Hiejligers<br>6414 FM 2653 S.<br>Cumby, TX 75433 | | | Limited Partner |
| Leonardus Heijligers<br>6414 FM 2653 S.<br>Cumby, TX 75433 | | | Limited Partner |
| LIH Ltd., L.C.<br>6414 FM 2653 S.<br>Cumby, TX 75433 | | | General Partner |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Manag. Mbr., LIH Ltd., LC, Gen. Prtnr.** of the **Partnership** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **10/13/2010**      Signature: **/s/ Ingeborg Heijligers**
*Ingeborg Heijligers*
**Manag. Mbr., LIH Ltd., LC, Gen. Prtnr.**