DeMarco•Mitchell, PLLC
Robert T. DeMarco
Michael S. Mitchell
1255 West 15th St., 805
Plano, TX 75075
T  972-578-1400
F  972-346-6791

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| IN RE: | Case No.: 10-43554 |
| CENTER POINT DAIRY LIMITED, L.P.<br>75-2699811<br>6414 FM 2653 S<br>Cumby, TX 75433<br>                                        Debtor(s). | Chapter: 11 |
| IN RE: | Case No.: 10-43555 |
| LEONARDUS HEIJLIGERS<br>xxx-xx-7944<br>INGEBORG HEIJLIGERS<br>xxx-xx-9359<br>6414 FM 2653 S<br>Cumby, TX 75433<br>                                        Debtor(s). | Chapter: 11<br><br>HEARING DATE: October 18, 2010<br>HEARING TIME:  10:00 a.m. |

**DEBTORS' EMERGENCY MOTION FOR ORDER DIRECTING JOINT ADMINISTRATION OF  CASES**

**NOTICE**

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN TWENTY ONE (21) DAYS FROM THE DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION.  IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.  IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING.  IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

**COMES NOW**, Center Point Dairy Limited, L.P. ("Center Point"), and Leonardus and Ingeborg Heijligers (collectively, the "Heijligers"), Debtor and Debtor in possession in their respective above-styled and numbered cases (collectively, the "Debtors"), and files this *Debtors' Emergency Motion for Order Directing Joint Administration of Cases* by and through the undersigned attorney. The facts and circumstances supporting this Motion are set forth in the Affidavit of Inge Heijligers (the "Heijliegers Affidavit"), filed concurrently herewith. In support thereof the Debtor respectfully shows the Court as follows:

### I. JURISDICTION

1. The Court has jurisdiction over the subject matter of this Motion pursuant to 28 U.S.C. §1334(b) and the standing order of reference of the District Court. This matter is a core proceeding. 28 U.S.C. §157(b).

2. Venue in this Court is proper under 28 U.S.C. §§ 1408 and 1409.

### II. BACKGROUND

#### A. Procedural History

3. Both cases were commenced by the filing of a voluntary petition under Chapter 11 of the United States Bankruptcy Code on October 13, 2010 (the "Petition Date").

4. No trustee or examiner has been appointed, and no official committee of creditors has yet been established in either case.

#### B. Business History and Operations

1. The Heijligers currently owns and operates a dairy farming operation located in Northeast Texas (the "Dairy Farm").

2. The Dairy Farm commenced operations in January, 1994, with the Heijligers'

purchase of a 417 acre farm (the "Miller Grove Farm"), an adjacent homestead situated on 1.26 acres (the "Homestead"), and 160 pregnant heifers that were close to calving.

3. In March, 1997, the Heijligers formed Center Point and LIH, Ltd., L.C. ("LIH"). LIH is the 1% general partner of Center Point. All of the Dairy Farm assets, including the homestead, were transferred to Center Point at that time.

4. The Dairy Farm expanded over the years with Center Point's purchase of an additional 204 acres adjacent to the Miller Grove Farm in September, 2004, and 162 acres of land in Cumby, Texas (the "Cumby Pasture"), in July, 2007.

5. While the acquisition of the Cumby Pasture was necessary at the time, its use was cumbersome as it was located approximately nine (9) miles from the Miller Grove Farm. As such, when the Heijligers were subsequently presented with an opportunity to acquire an additional 104 acres adjacent to the Miller Grove Farm (the "Adjacent Pasture") they opted to purchase the property. This acquisition was made by the Heijligers and not Center Point.

6. In May, 2006, Center Point was solicited by Legacy Bank, PCA ("Legacy"), to restructure its loans with them. Center Point agreed to move its banking business to Legacy, and in so doing was able to access an additional $300,000.00 in capital which monies were used to make improvements on the Dairy Farm and acquire an additional 300 pregnant heifers.

7. Center Point currently employs 10 individuals who work with approximately 700 milking cows, 600 head of cattle in pasture, and between 60 and 120 heifer calves.

8. The Dairy Farm operates 24/7 and is focused upon the care and feeding of dairy cows used in the production of milk for sale to wholesale buyers. Center Point also generates additional revenue from the sale of certain cattle, primarily bull calves and/or older or non-producing dairy cows (collectively, the "Cull Cows").

9. The Debtors, like other dairy farming operations throughout the country, have faced serious economic challenges in the recent past. Milk prices plummeted to historic lows in 2009. Although milk prices have recovered somewhat during 2010, the pricing of product and the overall cost of production continue to provide challenges for the Dairy Farm's profitability. Adding to the Debtors' financial challenges is the fact that agricultural lenders are less willing and/or able to work with borrowers to extend loan payments in the current economy.

10. The cases *sub judice* are basically balance sheet restructuring cases and not operational restructuring cases. The Debtors' assets and going concern value are worth less today than they were worth in 2006 when the Debtors' restructured their finances with Legacy. These cases are filed to restructure an overleveraged balance sheet, not to restructure operations *per se*.

### C. Capital Structure

11. Center Point and the Heijligers are party to two (2) promissory notes dated January 11, 2010 (collectively, the "Cattle Notes") with Legacy, PCA (the "Secured Lender"), pursuant to which the Secured Lender extended a secured revolving note in the original principal amount of $400,000.00 (the "Revolver") and a term loan in the original principal amount of $1,379,400.00 (the "Term Loan"). The Cattle Notes are secured by the livestock, crops and the proceeds thereof. The Revolver and Term Loan are the product of a renewal of a loan that was originally entered into by and between the Debtor and Secured Lender on or about May 5, 2006, in the original principal sum of $1,779,400.00. The Revolver and Term Loan matured on July 1, 2010. Efforts to renew and/or modify the Revolver and Term Loan have not been successful. Since the inception of the relationship, the Debtors have only ever made interest only payments to Secured Lender. As additional collateral the Notes are secured by the

real property described in Exhibit "A" of the Heijligers Affidavit (the "Farm").

12. Center Point and the Heijligers are party to a secured promissory note and deed of trust dated May 5, 2006, with the Secured Lender in the original principal amount of $2,154,700.00 (the "Farm Note"). The Farm Note was subsequently modified pursuant to a loan conversion agreement dated January 7, 2010, thereby lowering the interest rate to 4% for a twelve (12) month period commencing February 1, 2010. The Farm Note is secured by the Farm.

13. The Cattle Notes and the Farm Note result in a total encumbrance of approximately $3,934,100.00 against the Farm.

14. On or about July 11, 2007, as referenced above, Center Point acquired the Cumby Pasture, which purchase was financed by the Secured Lender. In connection with that purchase, Center Point and the Heijligers executed a secured promissory note and deed of trust dated July 11, 2007, with the Secured Lender in the original principal amount of $374,000.00 (the "Cumby Loan"). There are no other known encumbrances against the Cumby Pasture.

15. On or about May 2, 2008, again, as referenced above, the Heijligers acquired the Adjacent Property, which purchase was financed by Agriland, FLCA ("Agriland"). In connection with that purchase the Heijligers executed a secured promissory note and deed of trust dated May 2, 2008, with Agriland in the original principal amount of $207,967.75 (the Agriland Loan"). There are no other known encumbrances against the Adjacent Property.

16. The Debtor are also joint obligors on the equipment financed by AGCO Finance, LLP ("AGCO"). With the exception of Center Point's obligation to Community Bank, AGCO is the lender on the remainder of the financed Dairy Farm equipment.[1]

---

[1] The obligations referenced herein are set forth in greater detail in the Debtor's Emergency Motion for Order

## III. RELIEF REQUESTED

5. The Heijligers own one hundred percent of the equity interest in Center Point. The Debtor therefore are "affiliates" as that term is defined in 11 U.S.C. § 101(2) and used in Bankruptcy Rule 1015(b). Accordingly, joint administration of the above-styled and numbered cases, **for procedural purposes only**, is proper.

6. Joint administration of these cases will avoid considerable unnecessary delay and expense by obviating the need for the Debtors to file duplicative pleadings. Further, joint administration will avoid the burdensome necessity of duplicating notices to numerous creditors. Lastly, supervision of the administrative aspects of the subject bankruptcy cases by the Office of the United States Trustee will be simplified by joint administration.

7. The substantive rights of the respective creditors will not be adversely affected by the joint administration of these cases since the relief requested is purely procedural.

8. The Debtors further respectfully request, for the convenience of all parties and the Court, that these Chapter 11 cases be jointly administered under Case No. 10-43554, and that all pleadings pertaining thereto be filed under the following caption:

| | |
|---|---|
| **IN RE:** | |
| **CENTER POINT DAIRY LIMITED, L.P., LEONARDUS HEIJLIGERS, and INGEBORG HEIJLIGERS,** | Case No.: 10-43554<br>Case No.: 10-43555<br><br>**JOINTLY ADMINISTERED UNDER: 10-43554** |
| Debtor(s). | Chapter: 11 |

Authorizing the Interim Use of Cash Collateral filed contemporaneously herewith.

WHEREFORE, PREMISES CONSIDERED, the Debtor respectfully requests that the Court enter an order directing the above-styled and numbered cases be jointly administered under Case No. 10-43554; and providing for such other and further relief to which the Debtor may be justly entitled.

Respectfully submitted,

Dated: October 13, 2010

*/s/ Robert T. DeMarco*
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email** robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email** mike@demarcomitchell.com
1255 W. 15th Street, 805
Plano, TX 75075
**T** 972-578-1400
**F** 972-346-6791
***Proposed* Counsel for Debtor and Debtor in Possession**

## CERTIFICATE OF SERVICE

The undersigned counsel herby certifies that true and correct copies of the foregoing pleading and all attachments were served upon all parties listed below in accordance with applicable rules of bankruptcy procedure on this 13th day of October, 2010. Where possible, service was made electronically via the Court's ECF noticing system or via facsimile transmission where a facsimile number is set forth below. Otherwise, service was made via regular first class mail.

| DEBTOR |
|---|

Center Point Dairy Limited, L.P.
6414 FM 2653 South
Cumby, TX 75433
FAX: 903-459-3712

| TRUSTEE |
|---|

**Office of the United States Trustee**
110 N. College Avenue
Suite 300
Tyler, TX 75702
FAX: 903-590-1461
Email: USTPRegion06.TY.ECF@usdoj.gov

| SECURED LENDER | |
|---|---|
| **Legacy, PCA**<br>P.O. Box 468<br>303 Connally Street<br>Sulphur Springs, TX 75482<br>FAX: 903-885-0886 | **Community Bank**<br>P.O. Box 2100<br>Sulphur Springs, TX 75483<br>FAX: 903-885-9449 |
| **AGCO Finance, LLC**<br>P.O. Box 4000<br>Johnston, IA 50131-9854<br>FAX: 515-334-5825 | |

| PARTIES IN INTEREST / REQUESTING NOTICE | |
|---|---|
| **Leonardus & Ingeborg Heijligers**<br>6414 FM 2653 South<br>Cumby, TX 75433<br>FAX: 903-459-3712 | **Agriland, FLCA**<br>3210 WNW Loop 323<br>Tyler, TX 75702<br>FAX: 903-593-6588 |

/s/ *Robert T. DeMarco*

**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**    robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**    mike@demarcomitchell.com
1255 W. 15th Street, 805
Plano, TX 75075
**T**         972-578-1400
**F**         972-346-6791
*Proposed* **Counsel for Debtor and Debtor in Possession**

```
Label Matrix for local noticing           ACCELERATED GENETICS                  AGCO FINANCE LLC
0540-4                                    E 10890 PENNY LANE                    PO BOX 9263
Case 10-43554                             BARABOO, WI 53913-9408                DES MOINES, IOWA 50306-9263
Eastern District of Texas
Sherman
Wed Oct 13 15:16:49 CDT 2010

ALLROUNDER DAIRY                          AMERICAN EXPRESS                      Attorney General of Texas
1160 CR 3310                              PO BOX 650448                         Bankruptcy Reporting Contact
PICKTON, TX 75471-3719                    DALLAS, TX 75265-0448                 OAG/CSD/Mail Code 38
                                                                                P.O. Box 12017
                                                                                Austin, TX 78711-2017

Attorney General of Texas                 BAKER                                 C. MILLER DRILLING
Taxation Division - Bankruptcy            123 N. WALNUT STREET                  7355 EAST SH 154
Box 12548 Capitol Station                 PEABODY, KS 66866-1059                WINSSBORO, TX 75494
Austin, TX 78711-2548

CAPITOL ONE CARD                          CENTRAL PLAINS TRADING, LLC           CITIBUSINESS CREDITCARDS
PO BOX 60599                              4330 SHAWNEE MISSION PARKWAY          PO BOX 183051
CITY OF INDUSTRY, CA 91716-0599           STE 210                               COLUMBUS, OH 43218-3051
                                          FAIRWAY, KS 66205-2522

COMMODITY SPECIALISTS COMPANY             COMMODITY SPECIALISTS COMPANY         COMMUNITY BANK
PO BOX 1450                               PO BOX 802233                         PO BOX 2100
MINNEAPOLIS, MN 55485-1450                KANSAS CITY, MO 64180-2233            SULPHUR SPRINGS, TX 75483-2100

CRYSTAL FEED MILLS, INC                   Center Point Dairy Limited, L.P.      Robert T. DeMarco
PO BOX 19                                 6414 FM 2653 S.                       DeMarco-Mitchell, PLLC
COMO, TX 75431-0019                       Cumby, TX 75433                       1255 West 15th St., 805
                                                                                Plano, TX 75075-7225

FARM BUREAU                               FRAZER FROST                          GOOD NATURE
7420 FISH POND ROAD                       125 S STATE COLLEGE BLVD              149 BUD-MIL DR.
WACO, TX 76710-1095                       SUITE 300                             BUFFALO, NY 14206-1801
                                          BREA, CA 92821

HOPKINS COUNTY VETERINARY CLINIC          (p)INTERNAL REVENUE SERVICE           LEGACY LAND BANK, FLCA
129 HILLCREST DR                          CENTRALIZED INSOLVENCY OPERATIONS     PO BOX 468
SULPHUR SPRINGS, TX 75482-3644            PO BOX 21126                          SULPHUR SPRINGS, TEXAS 75483-0468
                                          PHILADELPHIA PA 19114-0326

LIVINGSTON MACHINERY                      MICRO DAIRY LOGIC                     NORTHEAST TEXAS FARMERS COOP
PO BOX 666                                PO BOX 9262                           PO BOX 489
HIGHWAY 81 SOUTH                          311 N ARTHUR STR                      SULPHUR SPRINGS, TX 75483-0489
CHICKASHA, OK 73023-0666                  AMARILLO, TX 79107-5439

PHI FINANCIAL SERVICES                    POTTS GAS                             SEC
PO BOX 660635                             PO BOX 141                            100 F Street, NE
DALLAS, TX 75266-0635                     EMORY, TX 75440-0141                  Washington, DC 20549-2001
```

| | | |
|---|---|---|
| SPRINT PETROLEUM, INC<br>PO BOX 893<br>SULPHUR SPRINGS, TX 75483-0893 | SUNBELT CUSTOM MINERAL LLC<br>1276 FM 2560<br>SULPHUR SPRINGS, TX 75482-7708 | TONY ROSS DAIRY SERVICE<br>PO BOX 1022<br>SULPHUR SPRINGS, TX 75483-1022 |
| Texas State Comptroller<br>Capitol Station<br>Austin, TX 78774-0001 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 |
| United States Attorney<br>110 North College Ave., Ste. 700<br>Tyler, TX 75702-0204 | United States Trustee<br>110 North College Ave., Ste. 300<br>Tyler, TX 75702-7231 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service -
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114-0326

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)FARM BUREAU

End of Label Matrix
Mailable recipients    37
Bypassed recipients     1
Total                  38

```
Label Matrix for local noticing          ACCELERATED GENETICS              AGCO FINANCE LLC
0540-4                                   E 10890 PENNY LANE                PO BOX 9263
Case 10-43555                            BARABOO, WI 53913-9408            DES MOINES, IOWA 50306-9263
Eastern District of Texas
Sherman
Wed Oct 13 15:18:11 CDT 2010

AGRILAND, FLCA                           ALLROUNDER DAIRY                  AMERICAN EXPRESS
3210 WNW LOOP 323                        1160 CR 3310                      PO BOX 650448
TYLER, TX 75702-1302                     PICKTON, TX 75471-3719            DALLAS, TX 75265-0448


Attorney General of Texas                Attorney General of Texas         BAKER
Bankruptcy Reporting Contact             Taxation Division - Bankruptcy    123 N. WALNUT STREET
OAG/CSD/Mail Code 38                     Box 12548 Capitol Station         PEABODY, KS 66866-1059
P.O. Box 12017                           Austin, TX 78711-2548
Austin, TX 78711-2017


C. MILLER DRILLING                       CAPITOL ONE CARD                  CENTRAL PLAINS TRADING, LLC
7355 EAST SH 154                         PO BOX 60599                      4330 SHAWNEE MISSION PARKWAY
WINNSBORO, TX 75494                      CITY OF INDUSTRY, CA 91716-0599   STE 210
                                                                           FAIRWAY, KS 66205-2522


CITIBUSINESS CARD                        CITIBUSINESS CREDITCARDS          COMMODITY SPECIALISTS COMPANY
PO BOX 183051                            PO BOX 183051                     PO BOX 1450
COLUMBUS, OH 43218-3051                  COLUMBUS, OH 43218-3051           MINNEAPOLIS, MN 55485-1450


COMMODITY SPECIALISTS COMPANY            COMMUNITY BANK                    CRYSTAL FEED MILLS, INC
PO BOX 802233                            PO BOX 2100                       PO BOX 19
KANSAS CITY, MO 64180-2233               SULPHUR SPRINGS, TX 75483-2100    COMO, TX 75431-0019


DISCOVER                                 Robert T. DeMarco                 FARM BUREAU
PO BOX 6103                              DeMarco-Mitchell, PLLC            7420 FISH POND ROAD
CAROL STREAM, IL 60197-6103              1255 West 15th St., 805           WACO, TX 76710-1095
                                         Plano, TX 75075-7225


FRAZER FROST                             GOOD NATURE                       GREEN TREE
125 S STATE COLLEGE BLVD                 149 BUD-MIL DR.                   PO BOX 6158
SUITE 300                                BUFFALO, NY 14206-1801            RAPID CITY, SD 57709-6158
BREA, CA 92821


HOPKINS COUNTY VETERINARY CLINIC         Leonardus Gerardus Heijligers     Ingeborg Lamberta Heijligers-DeSchepper
129 HILLCREST DR                         6414 FM 2653 S                    6414 FM 2653 S
SULPHUR SPRINGS, TX 75482-3644           Cumby, TX 75433                   Cumby, TX 75433


(p)INTERNAL REVENUE SERVICE              LEGACY LAND BANK, FLCA            LIVINGSTON MACHINERY
CENTRALIZED INSOLVENCY OPERATIONS        PO BOX 468                        PO BOX 666
PO BOX 21126                             SULPHUR SPRINGS, TEXAS 75483-0468 HIGHWAY 81 SOUTH
PHILADELPHIA PA 19114-0326                                                 CHICKASHA, OK 73023-0666
```

| | | |
|---|---|---|
| MICRO DAIRY LOGIC<br>PO BOX 9262<br>311 N ARTHUR STR<br>AMARILLO, TX 79107-5439 | NORTHEAST TEXAS FARMERS COOP<br>PO BOX 489<br>SULPHUR SPRINGS, TX 75483-0489 | PHI FINANCIAL SERVICES<br>PO BOX 660635<br>DALLAS, TX 75266-0635 |
| POTTS GAS<br>PO BOX 141<br>EMORY, TX 75440-0141 | SEC<br>100 F Street, NE<br>Washington, DC 20549-2001 | SPRINT PETROLEUM, INC<br>PO BOX 893<br>SULPHUR SPRINGS, TX 75483-0893 |
| SUNBELT CUSTOM MINERAL LLC<br>1276 FM 2560<br>SULPHUR SPRINGS, TX 75482-7708 | TONY ROSS DAIRY SERVICE<br>PO BOX 1022<br>SULPHUR SPRINGS, TX 75483-1022 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 |
| Texas State Comptroller<br>Capitol Station<br>Austin, TX 78774-0001 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 |
| United States Attorney<br>110 North College Ave., Ste. 700<br>Tyler, TX 75702-0204 | United States Trustee<br>110 North College Ave., Ste. 300<br>Tyler, TX 75702-7231 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Internal Revenue Service -<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114-0326 | TOYOTA<br>PO BOX 8026<br>CEDAR RAPIDS, IA 52409 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)FARM BUREAU

End of Label Matrix
Mailable recipients     43
Bypassed recipients      1
Total                   44